IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| LEON SPRINGER, | : | |
| Petitioner, | : : : | |
| V. | : : | NO. 5:24-cv-00394-TES-CHW |
| COASTAL STATE PRISON, | : : | |
| Respondent. | : : : | |

## ORDER OF DISMISSAL

Petitioner Leon Springer filed a pro se petition for a writ of habeas corpus challenging his conviction in the Houston County Superior Court. ECF No. 1. Petitioner did not, however, sign his petition. *See id.* As a result, the Clerk's office issued Petitioner a notice of deficiency, informing him that he must refile a signed copy of his petition if he wanted this case to continue. The Clerk's office gave Petitioner fourteen days to sign and refile his petition and cautioned him that his failure to do so could result in the Court dismissing this case.

More than fourteen days passed after the Clerk's office entered the notice of deficiency, during which Petitioner did not file a recast petition or otherwise respond to the notice of deficiency. Accordingly, the United States Magistrate Judge ordered Petitioner to show cause why the Court should not dismiss this case based on his failure to file a signed petition. ECF No. 4. The Magistrate Judge gave Petitioner fourteen days to respond and cautioned him that his failure to do so would likely result in the dismissal of

this case. *Id.*

More than fourteen days have now passed since the Magistrate Judge entered the show cause order. Petitioner has not responded to that order. Thus, because Petitioner has failed to comply with the Court's orders or to otherwise prosecute his case, the Court now **DISMISSES** the complaint **WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 29th day of January, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**