IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LEON SPRINGER, | * |
| Petitioner, | * |
| v. | Case No. 5:24-cv-00394-TES-CHW |
| | * |
| COASTAL STATE PRISON, | |
| | * |
| Respondent. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated January 29, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 30th day of January, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk